HONORABLLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

CHRIS W. WRIGHT, individually,

        Plaintiff,

    v.

SKYLINE SECURITY MANAGEMENT,
INC. (aka "Skyline Security," dba "Brinks
Home Security"), a California for-profit
corporation licensed to do business in
Washington State; AND

MONITRONICS INTERNATIONAL, LLC
(dba "Brinks Home"), a Texas limited liability
company licensed to do business in
Washington State; AND

HILLCREST, DAVIDSON, AND
ASSOCIATES LLC, a foreign limited liability
company with its principal place of business in
Texas and licensed to do business in
Washington State,

        Defendants.

Case No. 2:23-cv-01840-TL

~~PROPOSED~~ ORDER GRANTING JOINT
STIPULATED MOTION TO EXTEND
DEFENDANT SKYLINE SECURITY
MANAGEMENT'S DEADLINE TO
RESPOND TO PLAINTIFF'S
COMPLAINT

NOTE ON MOTION CALENDAR:
DECEMBER 7, 2023

        THIS MATTER comes before the Court on the parties' Joint Stipulated Motion to extend

the time for Defendants Skyline Security Management, Inc. ("Skyline") and BH Security, LLC

(formerly known as Monitronics International, LLC ("Brinks Home" and, collectively,

"Defendants") to answer or otherwise respond to the Complaint.  Plaintiff and Defendants have

stipulated to extend Defendants' time to answer or otherwise respond to the Complaint to January

~~PROPOSED~~ ORDER GRANTING JOINT STIPULATED MOTION - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

1   11, 2024.  Pursuant to Local Civil Rule 10(g) and the parties' stipulation, the motion is GRANTED.

2   Defendants shall answer or otherwise respond to the Complaint on or before January 11, 2024.

3        IT IS SO ORDERED.

4        Dated this 8th day of December 2023.

5

6                                         Tana Lin
                                      United States District Judge

7

8   Presented by:

9   Stoel Rives LLP

10  */s/ Jenna Poligo*
Jenna Poligo, WSBA No. 54466

11  B. Andrew Pike, WSBA No. 60264
600 University Street, Suite 3600

12  Seattle, WA 98101
(206) 624-0900

13  jenna.poligo@stoel.com
andrew.pike@stoel.com

14

15  *Attorneys for Defendant Skyline Security*
*Management, Inc.*

16

17

18

19

20

21

22

23

24

25

26

~~PROPOSED~~ ORDER GRANTING JOINT STIPULATED MOTION - 2

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*