# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRIS W WRIGHT,<br><br>               Plaintiff,<br>    v.<br><br>SKYLINE SECURITY MANAGEMENT INC et al.,<br><br>               Defendants. | CASE NO. 2:23-cv-01840-TL<br><br>ORDER GRANTING DEFENDANTS' JOINT MOTION TO EXTEND INITIAL SCHEDULING DEADLINES |

This matter is before the Court on Defendants Skyline Security Management, Inc. and BH Security, LLC's Joint Motion to Extend Initial Scheduling Deadlines. Dkt. No. 17. Having reviewed Defendants' Motion, and receiving no response from Plaintiff Chris Wright, the FINDS good cause to extend the deadlines as requested. The Court therefore ORDERS that the motion is GRANTED, and the December 6, 2023, Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 8) is amended as follows:

    1.    Deadline for FRCP 26(f) Conference:  February 2, 2024

2. Deadline for Initial Disclosures Pursuant to FRCP 26(a)(1):  February 16, 2024

3. Deadline for Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f):  March 1, 2024.

Dated this 9th day of January 2024.

Tana Lin
United States District Judge

Order Granting Defendants' Joint Motion to Extend Initial Scheduling Deadlines - 2