HONORABLLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHRIS W. WRIGHT, individually,<br><br>Plaintiff,<br><br>v.<br><br>SKYLINE SECURITY MANAGEMENT, INC. (aka "Skyline Security," dba "Brinks Home Security"), a California for-profit corporation licensed to do business in Washington State; AND<br><br>MONITRONICS INTERNATIONAL, LLC (dba "Brinks Home"), a Texas limited liability company licensed to do business in Washington State; AND<br><br>HILLCREST, DAVIDSON, AND ASSOCIATES LLC, a foreign limited liability company with its principal place of business in Texas and licensed to do business in Washington State,<br><br>Defendants. | Case No. 2:23-cv-01840-TL<br><br>~~PROPOSED~~ ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>NOTE ON MOTION CALENDAR: JANUARY 11, 2024 |

THIS MATTER comes before the Court on the parties' Joint Stipulated Motion to extend the time for Defendants Skyline Security Management, Inc. ("Skyline"), BH Security, LLC (formerly known as Monitronics International, LLC ("Brinks Home") and Hillcrest, Davidson, and Associates, LLC ("Hillcrest," and, collectively, "Defendants") to answer or otherwise respond to the Complaint. Plaintiff and Defendants have stipulated to extend Defendants' time to answer

~~PROPOSED~~ ORDER GRANTING JOINT STIPULATED MOTION - 1

122042324.1 0073615-00003

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

or otherwise respond to the Complaint to January 18, 2024. Pursuant to Local Civil Rule 10(g) and the parties' stipulation, the motion is GRANTED. Defendants shall answer or otherwise respond to the Complaint on or before January 18, 2024.

IT IS SO ORDERED.

Dated this 11th day of January 2024.

_____
Tana Lin
United States District Judge

Presented by:

Stoel Rives LLP

/s/ Jenna Poligo
Jenna Poligo, WSBA No. 54466
B. Andrew Pike, WSBA No. 60264
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900
jenna.poligo@stoel.com
andrew.pike@stoel.com

*Attorneys for Defendant Skyline Security Management, Inc.*

~~PROPOSED~~ ORDER GRANTING JOINT STIPULATED MOTION - 2